# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. |
| § | 6:16-cv-02203-PGB-KRS |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| THE NORTHERN TRUST COMPANY § | |
| § | LEAD CASE NO. |
| § | 6:16-cv-02197-PGB-KRS |
| § | |
| Defendant. § | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Symbology Innovations, LLC hereby gives notice that the above-styled action is voluntarily dismissed without prejudice against Defendant Northern Trust Corporation with each party to bear its own costs, expenses, and attorneys' fees.

DATED: March 22, 2017

/s/Sonia Colon
Sonia Colon
USDC No. 0050475
Ferraiuoli LLC
Bank of America Bldg.
390 N. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
**ATTORNEYS FOR PLAINTIFF**
**SYMBOLOGY INNOVATIONS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2017, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Middle District of Florida, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                           */s/Sonia Colon*
                                                         Sonia Colon