**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | | |
|---|---|---|
| **SYMBOLOGY INNOVATIONS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 16-cv-02197** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BATH & BODY WORKS DIRECT, INC.** | § | **LEAD CASE** |
| | § | |
| **Defendant.** | § | |

## <u>MOTION FOR DISMISSAL</u>

Plaintiff, Symbology Innovations, LLC, under the Federal Rule of Civil Procedure 41(a), move to dismiss all claims in this action with prejudice, with each party bears its own attorneys' fees and costs.

Dated:  April 26, 2017          Respectfully Submitted,

By: *<u>/s/Sonia Colon</u>*
Sonia Colon
USDC No. 0050475
Ferraiuoli LLC
Bank of America Bldg.
390 N. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
**ATTORNEYS FOR PLAINTIFF
Symbology Innovations, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERIFY that on the 26th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Sonia Colon*
Sonia Colon
