**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **SYMBOLOGY INNOVATIONS, LLC** | § | |
| Plaintiff, | § | **CIVIL ACTION NO.** |
| | § | **6:16-cv-02205-PGB-KRS** |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **THE WALT DISNEY COMPANY** | § | |
| **AND DISNEY ENTERPRISES, INC.** | § | **LEAD CASE:** |
| | § | **6:16-cv-02197-PGB-KRS** |
| Defendant. | § | |

## MOTION FOR DISMISSAL

Plaintiff, Symbology Innovations, LLC, under the Federal Rule of Civil Procedure 41(a), move to dismiss all claims against The Walt Disney Company and Disney Enterprises, Inc. in this action without prejudice, with each party bears its own attorneys' fees and costs.

Dated:  May 3, 2017

Respectfully Submitted,

By: */s/Sonia Colon*
Sonia Colon
USDC No. 0050475
Ferraiuoli LLC
Bank of America Bldg.
390 N. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
**ATTORNEYS FOR PLAINTIFF**
**Symbology Innovations, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERIFY that on the 3rd day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Sonia Colon
Sonia Colon