**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SYMBOLOGY INNOVATIONS, LLC,

Plaintiff,

v.

Lead Case No: 6:16-cv-2197-Orl-40KRS
Case No: 6:16-cv-2197-Orl-40KRS

BATH & BODY WORKS DIRECT, INC.,

Defendant.

---

**ORDER**

This cause comes before the Court on Plaintiff's Motion for Dismissal (Doc. 119), filed April 26, 2017. Plaintiff seeks a Court order pursuant to Federal Rule of Civil Procedure 41(a)(2) dismissing this action with prejudice as to Defendant, Bath & Body Works Direct, Inc. However, since Defendant has neither filed an answer nor a motion for summary judgment in this case, the Court construes Plaintiff's motion to dismiss as a notice of voluntary dismissal made under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice of voluntary dismissal is self-executing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). The Clerk of Court is **DIRECTED** to terminate Defendant, Bath & Body Works Direct, Inc., from the docket.

**DONE AND ORDERED** in Orlando, Florida on May 5, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties