**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | | |
|---|---|---|
| **SYMBOLOGY INNOVATIONS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO.** |
| | § | **6:16-cv-02200- PGB-KRS** |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **HILTON WORLDWIDE, INC.** | § | **LEAD CASE:** |
| | § | **6:16-cv-02197-PGB-KRS** |
| | § | |
| **Defendant.** | § | |
| | § | |

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Symbology Innovations, LLC hereby dismisses all claims against Defendant Hilton Worldwide, Inc. (and Hilton Worldwide Holdings, Inc.), WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED.

Dated:  May 16, 2017                     Respectfully Submitted,

By: */s/Sonia Colon*
Sonia Colon
USDC No. 0050475
Ferraiuoli LLC
Bank of America Bldg.
390 N. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
**ATTORNEYS FOR PLAINTIFF
Symbology Innovations, LLC**

## **CERTIFICATE OF SERVICE**

I HEREBY CERIFY that on the 16th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Sonia Colon*
Sonia Colon