UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

―――――――――――――――――――――X
Symbology Innovations LLC

        Plaintiff,

vs.

Hyatt Corporation

        Defendant.
―――――――――――――――――――――X

: Civil Action No. 6:16-cv-2201-PGB-KRS
:
: Lead Case No.: 6:16-cv-2197-PGB-KRS
:
:
:
:
:
:
:
:

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Symbology Innovations, LLC ("SI") and Hyatt Corporation ("Hyatt") hereby stipulate and agree that all claims by SI against Hyatt are dismissed with prejudice, with each party to bear its own attorneys' fees, expenses and costs.

Dated: May 31, 2017

*/s/ Sonia Colon*
Sonia Colon
USDC No. 0050475
**FERRAIUOLI LLC**
Bank of American Bldg.
390 N. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com

*Counsel for Plaintiff*
*Symbology Innovations, LLC*

Respectfully Submitted,

*/s/ Stephen J. Leahu*
Stephen J. Leahu
Florida Bar No. 54037
Board Certified in Intellectual Property Law
**BRINKS GILSON & LIONE**
SunTrust Financial Centre
401 E. Jackson Street, Suite 3500
Tampa, FL 33602
Telephone: (813) 275-5024
Facsimile: (813) 275-5021
Email: sleahu@brinksgilson.com

*Counsel for Defendant*
*Hyatt Corporation*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Sonia Colon*
Sonia Colon