**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **SYMBOLOGY INNOVATIONS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 16-cv-2199** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **DARDEN CORPORATION,** | § | |
| **D/B/A OLIVE GARDEN** | § | **LEAD CASE NO.** |
| | § | **6:16-cv-2197-PGB-KRS** |
| | § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Symbology

Innovations, LLC ("SI") and Defendant Darden Corporation hereby stipulate to the

dismissal, with prejudice, of all claims and counterclaims and causes of action brought in

this case. Each party shall bear its own costs, expenses, and attorneys' fees.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Undersigned counsel hereby certifies, in accordance with Local Rule 3.01(g), that

counsel for Plaintiff and for Defendant conferred in good faith and that this request is

jointly filed.

Dated:  June 2, 2017

Respectfully Submitted,

By: */s/Sonia Colon*
Sonia Colon
USDC No. 0050475
Ferraiuoli LLC
Bank of America Bldg.
390 N. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
**ATTORNEYS FOR PLAINTIFF**
**Symbology Innovations, LLC**

*/s/ Holly Hawkins Saporito*
Holly Hawkins Saporito
Georgia Bar No. 142496
holly.saporito@alston.com
(admitted pro hac vice)

Katrina Lindsey
Florida Bar No. 186708
klindsey@darden.com
DARDEN RESTAURANTS, INC.
1000 Darden Center Dr.
Orlando, FL 32837-4032
Telephone: 407-245-5086
Facsimile: 407-241-7254

Robert L. Lee
Georgia Bar. No. 443978
bob.lee@alston.com
(admitted pro hac vice)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777

**ATTORNEYS FOR PLAINTIFF**
**Darden Corporation d/b/a Olive Garden**

2

## CERTIFICATE OF SERVICE

I HEREBY CERIFY that on the 2nd day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Sonia Colon*
Sonia Colon