# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| SYMBOLGY INNOVATIONS LLC | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | 6:16-cv-02198-PGB-KRS |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CIRCLE K STORES, INC. | § | LEAD CASE: |
| | § | 6:16-cv-02197-PGB-KRS |
| Defendant. | § | |

## JOINT MOTION FOR DISMISSAL

Plaintiff Symbology Innovations LLC and Defendant Circle K Stores, Inc. pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by Plaintiff against Defendant with prejudice and counterclaims by Defendant against Plaintiff without prejudice, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED.

Dated: August 10, 2017

Respectfully Submitted,

By: */s/Sonia Colon*
Sonia Colon
USDC No. 0050475
Ferraiuoli LLC
Bank of America Bldg.
390 N. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
**ATTORNEYS FOR PLAINTIFF**
**Symbology Innovations LLC**

/s/ Eleanor T. Barnett
Eleanor T. Barnett
Fla. Bar No. 0355630
Waldman Barnett, P.L.
3250 Mary Street, Suite 102
Coconut Grove, FL  33133
Phone: (305) 371-8809
Fax: (305) 448-4155
Email: ebarnett@waldmanbarnett.com

**COUNSEL FOR DEFENDANT**
*Circle K Stores, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERIFY that on the 10th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Sonia Colon
Sonia Colon