**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE NORTHERN TRUST COMPANY, et al., <br><br> Defendants. | Case No. 6:16-CV-02197-Orl-40KRS <br> **(LEAD CASE)** |

## NOTICE OF SETTLEMENT

Plaintiff, Symbology Innovations, LLC, and Defendant, The Northern Trust Company (together, the "Parties"), hereby notify the Court that they have reached a settlement.

In order to allow time for the parties to prepare and execute all necessary settlement documents, the parties request, pursuant to Local Rule 3.08 and for the purposes of administratively closing the file, that the court enter an order that the case be dismissed subject to the right of any party to move the Court within sixty (60) days thereafter, on good cause shown, to reopen the case for further proceedings.

Respectfully submitted, this 31st day of August, 2017.

| | |
|---|---|
| /s/ Judith M. Mercier | /s/ Jean G. Vidal |
| Judith M. Mercier (Fla. Bar No. 0032727) | Jean G. Vidal Font (USDC No. 227811) |
| HOLLAND & KNIGHT LLP | FERRAIUOLI LLC |
| 200 South Orange Avenue, Suite 2600 | 221 Ponce de Leon Avenue |
| Orlando, Florida 32801 | Fifth Floor |
| Telephone: (407) 244-5151 | San Juan, PR 00917 |
| Email: judy.mercier@hklaw.com | Telephone: (787) 766-7000 |
| | Facsimile: (787) 766-7001 |
| Margaret M. Duncan (*pro hac vice*) | Email: jvidal@ferraiuoli.com |
| McDERMOTT WILL & EMERY LLP | |
| 444 West Lake Street, Suite 4000 | *Attorneys for Symbology Innovations, LLC* |
| Chicago, Illinois 60606-0029 | |
| Telephone: (312) 984-6476 | |
| Email: mduncan@mwe.com | |

*Attorneys for The Northern Trust Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Judith M. Mercier*
Judith M. Mercier