**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE NORTHERN TRUST COMPANY,<br><br>Defendant. | Case No. 6:16-CV-02197-Orl-40KRS |

**JOINT MOTION FOR DISMISSAL**

Plaintiff Symbology Innovations, LLC and Defendant The Northern Trust Company, pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by Plaintiff against Defendant The Northern Trust Company and prior Defendant Northern Trust Corporation WITH PREJUDICE and all counterclaims by Defendant The Northern Trust Company against Plaintiff WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted this 30th day of November, 2017.

| | |
|---|---|
| */s/ Judith M. Mercier* | */s/ Sonia Colon* |
| Judith M. Mercier (Fla. Bar No. 0032727) | Sonia Colon |
| HOLLAND & KNIGHT LLP | USDC No. 0050475 |
| 200 South Orange Avenue, Suite 2600 | FERRAIUOLI LLC |
| Orlando, Florida 32801 | Bank of America Bldg. |
| Telephone:  (407) 244-5151 | 390 N. Orange Avenue, Suite 2300 |
| Email:  judy.mercier@hklaw.com | Orlando, FL 32801 |
| | Telephone: (787) 766-7000 |
| Margaret M. Duncan (*pro hac vice*) | Facsimile: (787) 766-7001 |
| McDERMOTT WILL & EMERY LLP | Email: scolon@ferraiuoli.com |
| 444 West Lake Street, Suite 4000 | |
| Chicago, Illinois  60606-0029 | *Attorneys for Symbology Innovations, LLC* |
| Telephone: (312) 984-6476 | |
| Email: mduncan@mwe.com | |

*Attorneys for The Northern Trust Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Judith M. Mercier*
Judith M. Mercier
